IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02924-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ABEL R. ARAGON,

        Applicant,

v.

BRANDON SHAFFER, C.D.O.C. Parole Chairperson,
MATHEW COOPER, Parole Supervisor, and
ERIC BRUNNER, Parole Officer,

        Respondents.

_____

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

_____

        Applicant, Abel R. Aragon, is detained at the Denver County Jail.  He has filed an

Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted document is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Applicant files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    _xx_    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing (necessary if filing a habeas
              corpus application)
(4)    _xx_    is missing certificate showing current balance in prison account

(5)    __      is missing required financial information
(6)    __      is missing an original signature by the prisoner
(7)    __      is not on proper form
(8)    __      names in caption do not match names in caption of complaint, petition or
                    habeas application
(9)    xx      other: <u>Applicant may pay the $5.00 filing fee instead of submitting a</u>
                    <u>Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28</u>
                    <u>U.S.C. § 1915 in a Habeas Corpus Action.</u>

**Complaint, Petition or Application**:

(10)    __      is not submitted
(11)    __      is not on proper form
(12)    __      is missing an original signature by the prisoner
(13)    __      is missing page nos. ___
(14)    __      uses et al. instead of listing all parties in caption
(15)    __      names in caption do not match names in text
(16)    __      addresses must be provided for all defendants/respondents in "Section A.
                    Parties" of complaint, petition or habeas application
(17)    __      other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which Applicant files in response to

this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved form for

filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 in a Habeas Corpus Action (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  Applicant shall use the form in curing the designated

deficiencies.  Alternatively, Applicant may pay the $5.00 filing fee.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, this action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED: October 29, 2014, at Denver, Colorado.

BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge